# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:19-cr-126 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| AMMAR RAMAHI | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 15) recommending that the Court: (1) accept Defendant's guilty plea to Count One of the one-count Information; (2) adjudicate Defendant guilty of Aggravated Identity Theft in violation of 18 U.S.C. § 1028A; and (3) order that Defendant remain out of custody subject to the Order Setting Conditions of Release (Doc. 14) pending further order of this Court. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 15) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the one-count Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of Aggravated Identity Theft in violation of 18 U.S.C. § 1028A;

3. Defendant's sentencing hearing shall take place on **March 6, 2020, at 2:00 p.m.**; and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release (Doc. 14) pending further order of this Court.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**